U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUN 22 PM 12: 02

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 2:20-CR-62 |
| | : | |
| EIKE BLOHM, | : | |
| Defendant | : | |

## INFORMATION

The Acting United States Attorney charges:

On or about April 17, 2020, in the District of Vermont, the defendant, EIKE BLOHM, knowingly possessed at least one matter which contains any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

At least one of the visual depictions involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

(18 U.S.C. §§ 2252(a)(4)(B), (b)(2))


_____ (BAM)
JONATHAN A. OPHARDT
Acting United States Attorney

Burlington, Vermont
June 22, 2021